UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA ROMAN,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-45 |
| v. | : | (JUDGE MANNION) |
| **GEISINGER W.V. MEDICAL CENTER, and MARIA CUMBO,** | : | |
| | : | |
| Defendants | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' partial motion to dismiss, **(Doc. 16)**, is **GRANTED** with respect to the plaintiff's state law tort claim for invasion of privacy raised in Count II of her amended complaint, **(Doc. 11)**.

(2) Count II of plaintiff's amended complaint, **(Doc. 11)**, is **DISMISSED WITH PREJUDICE**.

**(3)** The defendants are directed to file their answer to Counts I and III of the plaintiff's amended complaint within **14 days** of the date of this Order.

                                                  s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Date: March 29, 2021**
20-45-01-ORDER