UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA ROMAN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:20-45** |
| v. | : | (JUDGE MANNION) |
| **GEISINGER W.V. MEDICAL CENTER, and MARIA CUMBO,** | : | |
| | : | |
| **Defendants** | | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment, **(Doc. 33)**, pursuant to Fed.R.Civ.P. 56, is **GRANTED** with respect to the plaintiff's remaining federal claims of retaliation and hostile work environment in violation of Title VII, and her state law claims of retaliation in violation of the PHRA against Geisinger, raised in Count I of her amended complaint, **(Doc. 11)**. The defendants' motion for summary

- 2 -

judgment is also **GRANTED** with respect to the plaintiff's aiding and abetting retaliation claim under PHRA §955(e) against Cumbo, raised in Count III of her amended complaint, **(Doc. 11)**.

**(2)** **JUDGMENT** is entered in favor of the defendants and against the plaintiff with respect to Counts I & III of the plaintiff's amended complaint, **(Doc. 11)**.

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 31, 2022**
20-45-02-ORDER