IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Debra Roman,** : | No. | **3:20-cv-0045-MEM** |
| **Plaintiff** : | | |
| : | | |
| **v.** : | | |
| : | | |
| **Geisinger Wyoming Valley Medical** : | | |
| **Center and Maria Cumbo,** : | | |
| **Defendants** : | | |
| : | | |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendants, Geisinger Wyoming Valley Medical Center and Maria Cumbo, and against Plaintiff, Debra Roman.

**Dated:** <u>**March 31, 2022**</u>            **Peter J. Welsh**
Clerk of Court

by s/ Ed Petroski
Deputy Clerk